# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RECKO M. ELLIS,**

                **Plaintiff,**

**-vs-**                                               **Case No. 6:11-cv-505-Orl-18GJK**

**FLORIDA TODAY NEWS PAPER, INC.,**

                **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION FOR DEFAULT (Doc. No. 10)** |
| **FILED:** | **April 26, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**. Defendant has not been served with a complaint.

| | |
|---|---|
| **MOTION:** | **MOTION FOR HEARING (Doc. No. 11)** |
| **FILED:** | **April 26, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**. Defendant has not yet appeared in this case.

> **MOTION:** MOTION FOR DEFAULT (Doc. No. 12)
>
> **FILED:** April 27, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On March 31, 2011, Recko M. Ellis ("Plaintiff"), proceeding *pro se*, filed a complaint ("Complaint") against Florida Today News Paper, Inc. ("Defendant") alleging defamation. Doc. No. 1. Plaintiff also sought to proceed *in forma pauperis*. Doc. No. 2. On April 21, 2011, the Court entered an Order denying the Plaintiff's motion to proceed *in forma pauperis* without prejudice and directed the Plaintiff to file an amended complaint within twenty-one (21) days from the date of the Order. Doc. No. 9. The Court stated: "**Failure to file an amended complaint and renew the motion to proceed in forma pauperis or pay the full filing fee within the time provided will result in a recommendation that the case be dismissed without further warning.**" Doc. No. 9 at 7 (emphasis in original).

On April 26, 2011, Plaintiff filed a Motion for Default ("Motion for Default") and a Motion for Hearing ("Motion for Hearing"). Doc. Nos. 10, 11. On April 27, 2011, Plaintiff filed a second Motion for Default ("Motion for Default 2"). Doc. No. 12. Plaintiff has not filed an amended complaint nor has Plaintiff filed a return of service indicating that the Defendant was served with a copy of the complaint or an amended complaint. Accordingly, it is **RECOMMENDED** that:

1. The Motion for Default (Doc. No. 10) be **DENIED**;

2. The Motion for Hearing (Doc. No. 11) be **DENIED**;

3. The Motion for Default 2 (Doc. No. 12) be **DENIED**; and

4. The case be **DISMISSED** consistent with this Court's April 21, 2011 Order due to

Plaintiff's failure to file an amended complaint.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 20, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE