UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RECKO M. ELLIS,

        Plaintiff,

-vs-                                          Case No. 6:11-cv-505-Orl-18GJK

FLORIDA TODAY NEWS PAPER INC.,

        Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default (Doc. No. 10); Plaintiff's Motion for Hearing (Doc. No. 11); and Plaintiff's Motion for Default (Doc. No. 12). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED** and the report and recommendation is made part of this Order. Accordingly, Plaintiff's Motions are **DENIED** and this case is **DISMISSED** for Plaintiff's failure to file an amended complaint pursuant to the Court's order of April 21, 2011. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this _____ day of June, 2011.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record